OSCN Found Document:FREDERICK v. STATE

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 FREDERICK v. STATE
2017 OK CR 18
Case Number: D-2015-15
Decided: 06/23/2017
DARRELL WAYNE FREDERICK, Appellant, v. THE STATE OF OKLAHOMA, Appellee.
Cite as: 2017 OK CR 18, __ __

 

 




CORRECTION ORDER


¶1 It has come to the Court's attention that Judge Smith's vote in the above styled and numbered cause, Frederick v. State, 2017 OK CR 12, ___ P.3d ___, was incorrectly recorded. The record of her vote should read as follows:



SMITH, J.: Concur in Result

 



¶2 IT IS SO ORDERED.

¶3 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 23rd day of June, 2017.


/S/GARY L. LUMPKIN, Presiding Judge

/S/DAVID B. LEWIS, Vice Presiding Judge

ARLENE JOHNSON, Judge
NOT PARTICIPATING

/S/ROBERT L. HUDSON, Judge


ATTEST:

/s/Michael S. Richie
Clerk


 





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.